CASE No. 3:25-cv-01071-(AMO)(pp) (Cortijo v. Schultz, 2025)
FILED
OCT 24 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Case 3:25-cv-01071-AMO    Document 28    Filed 10/24/25    Page 1 of 1

DECLARATION IN SUPPORT TO OPPOSE RESPONDENTS REQUEST FOR A STAY AND UPDATE ON STATE PROCEEDINGS.

1.) Petitioner was indeed brought to court in person for a "status hearing" on: 10/16/25.

2.) The Honorable Armando Pastran Jr. presided over the hearing at which the following occurred:
- The Court provided a court appointed investigator to the non-binding sum of $2,500 to wit: Karina Ioffee PI to assist in the defense.

3.) Defendant pro se agreed to allow without objection the court inspect the records left by former attorney Bobbie Stein in camera for possible redaction; with a standing objection to leave available names, birthdates, addresses for data/statistical purposes in conjunction with the California Racial Justice Act 2020.

4.) Defendant iterated on record his willingness to accept a reduction in his offense to Manslaughter consistent with the RJA or resentencing scheme, despite his federal claims of due process violations which rendered his state trial a-sham.

5.) The court advised defendant to file something soon. The court held no express position concerning a possible remedy. The next date is set for 10/29/25.

I, DEANGELO A. CORTIJO, DO SO SWEAR, UNDER APPLICIBLE FEDERAL LAWS THE FOREGOING TO BE TRUE AND CORRECT, UNDER PENALTY OF PERJURY.

DUBLIN, CA

/S/ 10/20/25

DeAngelo A. Cortijo

1.